# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **FREDRICK CAMERON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 07-3106-CM |
| **STATE OF KANSAS, et al.** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## MEMORANDUM AND ORDER

This matter is before the court on plaintiff Fredrick Cameron's Petition for Writ of Mandamus on the State Parole Board of Kansas (Doc. 10). Petitioner asks the court to mandate the state parole board to release him from a parole violation.

A United States District Court has original jurisdiction of any action in the nature of mandamus to compel "an officer or employee **of the United States or any agency thereof** to perform a duty owed to the plaintiff." 28 U.S.C. § 1361 (emphasis supplied). The court's mandamus power does not extend to state court officials. *Id.* This court has no authority to issue a writ to "direct state courts or their judicial officers in the performance of their duties." *Van Sickle v. Holloway*, 791 F.2d 1431, 1436 n.5 (10th Cir. 1986) (quotation omitted ). Accordingly, petitioner's application for a writ of mandamus is denied.

IT IS THEREFORE ORDERED that petitioner Fredrick Cameron's Petition for Writ of Mandamus on the State Parole Board of Kansas (Doc. 10) is denied.

Dated this 18th  day of September 2007, at Kansas City, Kansas.

                                                **s/ Carlos Murguia**
                                                **CARLOS MURGUIA**
                                                **United States District Judge**